## (March 28, 1978)

■ In the Matter of JOSEPH HOFBAUER, A Child Alleged to be Neglected. SARATOGA COUNTY DEPARTMENT OF SOCIAL SERVICES et al., Respondents; ROBERT P. WHALEN, as Commissioner of Health of the State of New York, et al., Intervenors-Appellants.—Appeal from an order of the Saratoga County Family Court, entered March 16, 1978, which denied the motion of the appellant public officials to intervene in the neglect proceeding. Motion for leave to appeal granted, without costs. Order reversed, on the law and the facts, without costs, and motion to intervene granted. Mahoney, P. J., Sweeney, Kane, Staley, Jr. and Larkin, JJ., concur.